January 27, 2015



FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 28 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

To:  Clerk of the Court

   Please forward me a copy of written judgement for case# 12-14-00259 cv.

   I have included the $3.00 fee and a SASE for the return.


Thank you,

Virginia Thornton

281-650-7893